Monte J. White and Associates
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| Travis Bryce Porter | § | CASE NO. |
| | § | |
| | § | |
| | § | |

### EMPLOYEE INCOME RECORDS PURSUANT TO 11 U.S.C. §521(a)(1)(b)(iv)

NOW COMES Debtor, Travis Bryce Porter, respectfully says to the Court that 11 U.S.C. §521(a)(1)(b)(iv) requires the debtor to file copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor.

☑ Debtor is filing copies of pay stubs from 60 days prior to petition

☐ Debtor is unemployed and is unable to provide copies of pay stubs from 60 days prior to petition date

☐ Debtor is self-employed and is unable to provide copies of pay stubs from 60 days prior to petition date. The name of Debtor(s) business is _____. Debtors' gross income from 60 days prior was _____, and business expenses were _____. Net Income from 60 days prior was _____.

☐ Debtor is retired and received no regular income 60 days prior to petition date

Dated: June 20, 2013

/s/Travis Bryce Porter

KAUK CONSTRUCTION, L.L.C.

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra 28167 |
|---|---|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 04/20/2013 - 04/26/2013 | | Pay Date: 04/26/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 29,423.09 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -4,027.00 |
| Social Security Employee | -107.31 | -1,824.23 |
| Medicare Employee | -25.09 | -426.63 |
| | -368.40 | -6,277.86 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -625.00 | -10,625.00 |

| Net Pay | 737.37 | 12,520.23 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654

KAUK CONSTRUCTION, L.L.C.

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra 28230 |
|---|---|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 04/27/2013 - 05/03/2013 | | Pay Date: 05/03/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 31,153.86 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -4,263.00 |
| Social Security Employee | -107.31 | -1,931.54 |
| Medicare Employee | -25.10 | -451.73 |
| | -368.41 | -6,646.27 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -625.00 | -11,250.00 |

| Net Pay | 737.36 | 13,257.59 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654

KAUK CONSTRUCTION, L.L.C.

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra 28292 |
|---|---|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 05/04/2013 - 05/10/2013 | | Pay Date: 05/10/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 32,884.63 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -4,499.00 |
| Social Security Employee | -107.31 | -2,038.85 |
| Medicare Employee | -25.10 | -476.83 |
| | -368.41 | -7,014.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -625.00 | -11,875.00 |

| Net Pay | 737.36 | 13,994.95 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654

## KAUK CONSTRUCTION, L.L.C.

28351

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | Pay Period: 05/11/2013 - 05/17/2013 | | Pay Date: 05/17/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 34,615.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -4,735.00 |
| Social Security Employee | -107.30 | -2,146.15 |
| Medicare Employee | -25.09 | -501.92 |
| | -368.39 | -7,383.07 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -625.00 | -12,500.00 |

| Net Pay | 737.38 | 14,732.33 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654

## KAUK CONSTRUCTION, L.L.C.

28410

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | Pay Period: 05/18/2013 - 05/24/2013 | | Pay Date: 05/24/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 36,346.17 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -4,971.00 |
| Social Security Employee | -107.31 | -2,253.46 |
| Medicare Employee | -25.10 | -527.02 |
| | -368.41 | -7,751.48 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -12,500.00 |

| Net Pay | 1,362.36 | 16,094.69 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654

## KAUK CONSTRUCTION, L.L.C.

28464

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | Pay Period: 05/25/2013 - 05/31/2013 | | Pay Date: 05/31/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 38,076.94 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -5,207.00 |
| Social Security Employee | -107.31 | -2,360.77 |
| Medicare Employee | -25.10 | -552.12 |
| | -368.41 | -8,119.89 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -12,500.00 |

| Net Pay | 1,362.36 | 17,457.05 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654

## KAUK CONSTRUCTION, L.L.C.

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra 28527 |
|---|---|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 06/01/2013 - 06/07/2013 | | Pay Date: 06/07/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 39,807.71 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -5,443.00 |
| Social Security Employee | -107.31 | -2,468.08 |
| Medicare Employee | -25.09 | -577.21 |
| | -368.40 | -8,488.29 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | -625.00 | -13,125.00 |

| Net Pay | 737.37 | 18,194.42 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654


## KAUK CONSTRUCTION, L.L.C.

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra 28585 |
|---|---|---|---|---|---|---|---|
| Travis Porter, 909 Fannin St, Nacona, TX 76255 | | | | | ***-**-3298 | Married/(none) | Fed-0/0/TX-0/0 |
| | | | | | Pay Period: 06/08/2013 - 06/14/2013 | | Pay Date: 06/14/2013 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| salary | | | 1,730.77 | 41,538.48 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding | -236.00 | -5,679.00 |
| Social Security Employee | -107.31 | -2,575.39 |
| Medicare Employee | -25.10 | -602.31 |
| | -368.41 | -8,856.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Wage Garnishment | 0.00 | -13,125.00 |

| Net Pay | 1,362.36 | 19,556.78 |
|---|---|---|

Kauk Construction, LLC, Rt 2 Box 74, Leedey, OK 73654