Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone     (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

TRAVIS BRYCE PORTER

CASE NO. 13-70245-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 3298 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

A. Orig. Date:   8/7/2013   Orig. Time:   11:00 AM        Reset Date:            Reset Time:

B. Meeting Results:      Adjourned

C. Debtor(s):   Debtor 1 Appeared

D. Attorney for Debtor(s):   Appeared

E. Creditor Appearance:   none

F. Amount Paid to the Trustee as of      8/7/2013   $924.00      First Payment Due Date:      7/27/2013

G. File Trustee's Motion to Dismiss because

H. B22C Information:      B22C Form is:      Complete

Budgeted Income:   $5,881.89   Expense:   $4,957.89   Surplus:   $924.00

Plan Payment:   $946.00   Monthly                 Plan Term(Months):   60

I. Value of Non-Exempt Property:      $0.00   Proposed Amount to Unsecured Creditors:      $0.00

___   Objection to Exemption of:

___   Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

___   Object to Invoke Stay Pleading

___   Case Converted from Chapter 7, Bar Date Set:   11/5/2013   Date Converted from Chapter 7:

J. Required Information:   need May paystubs, 2012 tax return

K. Business Information:

L. Object to Confirmation:   Yes

Excessive expenses on Schedule J:  $590.55 utilities-gas, electric, water, sewer, trash, phone-no objection
$1,400 rent-yes, his rent is that much-no objection
$200 medical-yes, spend that much, no objection
$500 transportation-travel a lot for work-no objection
IRS POC has unassessed for 2011-12 income taxes & 2010-13 FICA & FUTA-have all returns been filed? Yes
Feasibility:  need base increase of $207,241 for a total base of $264,001-can wait for TRCC since most of IRS claim is unassessed

M. Financial Management Class:   Debtor 1 Did Not Appear

N. Eligibility:

Certificate of Credit Counseling Filed:   Debtor 1 Only

Credit Counseling Provider Approved:      Yes

Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):   No

O. Domestic Support Obligation:   $0.00   Current:      Arrears:   $0.00

Affidavit and Disclosure of Domestic Support Obligations Received:   Yes

P. Remarks:   Why is his mailing address in OK? Now living in OK
Does his son live with him? Yes
1st pmt of $924 received 7/26/13, due 27th, ww
confirmation hearing 9/18/13

Dated:   8/7/2013                      /s/ Walter O'Cheskey

Standing Bankruptcy Trustee

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone      (806) 748-1956 Fax

By:        Angela Gonzales

| Case Number: | | 13-70245 | | | | |
|---|---|---|---|---|---|---|
| Debtor: | | PORTER | | | | |
| Attorney: | | MJW | | | | |
| Presiding Officer: | | Angela | | | | |
| Calculation Date: | | | | | | 8/7/2013 10:44 |

| Domestic Support   Input name from Plan | Arrears Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Secured Creditor/Collateral Input name from Plan | Value/Claim Amount Enter amount from Plan | Int. Rate Enter from Plan | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |

| Priority Creditor       Input name from Plan | Value/Claim Amount Enter amount from Plan | | Term Per Plan | Calculated Monthly Payment | Total Pmt. Per Term of Plan |
|---|---|---|---|---|---|
| IRS | $234,338.00 | | 46 | $5,094.30 | $234,338.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |

| Attorney Fees        Paid Through the Plan | $3,166.00 | | | | $3,166.00 |
|---|---|---|---|---|---|
| Noticing Fees | $107.52 | | | | $107.52 |
| Clerk Filing Fees | | | | | $0.00 |

| Hardacre Minimum | $0.00 | <-------------- | | |
|---|---|---|---|---|
| Chapter 7 Minimum (Gross) | | | | |
| Less Trustee Fees | $0.00 | | | |
| Less Attorney Fees | $3,166.00 | | | |
| Less Noticing Fees | $107.52 | Greater Of --------> | $0.00 |
| Less Clerk Filing Fees | $0.00 | | | |
| Less Scheduled Priority Claims | $234,338.00 | | | |
| Less Other (Explain Below) | $0.00 | | | |
| Chapter 7 Minimum (Net) | $0.00 | <-------------- | | |

| Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum) | $145,779.46 |
|---|---|

| Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee) | $264,000.85 |
|---|---|
| Debtor Plan Base (Monthly Payment X Term) | $56,760.00 |
| Surplus (Debtor Plan Base - Calculated Base) | -$207,240.85 |

| Comments: |
|---|

| Case Number: | 0 |
|---|---|
| Debtor: | 0 |
| Attorney: | 0 |
| Presiding Officer: | 0 |
| Calculation Date: | 8/7/2013 10:44 |

| | | |
|---|---|---|
| Schedule I Gross Income | | |
| Less Line 57 B22C | | $0.00 |
| | | |
| Adjustments (Enter as positive to add, negative to subtract) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Month Disposable Income Available | | $0.00 |
| Multiplier | | 1 |
| Minimum to Unsecureds | | $0.00 |

| Comments: |
|---|